THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
1832- A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:    (415) 674-9900

Attorney for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>FULTON MARKET PLACE, S.C.,<br><br>    Defendant. | CASE NO. 3:15-CV-03793-WHA<br><br>**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION, [~~PROPOSED~~] ORDER THEREON** |

Plaintiff and Defendant by and through their respective attorney of record, respectfully request and stipulate, as follows:

1.    **Whereas**, defendant has been served with the summons and complaint and has answered plaintiff's complaint; and

2.    **Whereas**, pursuant to General Order 56, ¶3,4, the parties are to have the Joint Site Inspection at the May Garden, located at/near 1425 Fulton Road, in the City of Santa Rosa, California no later than December 2, 2015 . However, due to scheduling conflicts and the holidays, the parties are unable to conduct the General Order 56 Joint Site Inspection by the December 2nd deadline.

3.    **Whereas,** the court has scheduled an Initial Case Management Conference for Wednesday, January 21, 2016 at 11:00 a.m.

4.   **Whereas,** the parties have agreed to conduct the joint site inspection on December 10, 2015.

5.   **THEREFORE,** in light of the above, the parties have agreed to reschedule and conduct the joint site inspection on December 10, 2015.

**IT IS SO STIPULATED.**

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: November 23, 2015

THOMAS E. FRANKOVICH, Esq.
*A PROFESSIONAL LAW CORPORATION*

By: /s/  Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff IRMA RAMIREZ

Dated: November 23, 2015

GORDEE, NOWICKI BLAKENEY LLP

By:   /s/ Alan Gordee
Alan Gordee
Attorney for Defendant FULTON MARKET PLACE, S.C.

## ~~PROPOSED~~ ORDER

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including     December 10    , 2015.

Dated:  November 24 , 2015

_____
Honorable William Alsup
United States District Judge