ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone:  (949) 567-9923
Facsimile:   (949) 567-9928
Email:  agordee@gna-law.com

Attorneys for Defendant
FULTON MARKET PLACE S.C., LP
(Erroneously sued as FULTON MARKET
PLACE S.C. DBA MAY GARDEN)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>                              Plaintiff,<br><br>              vs.<br><br>FULTON MARKET PLACE S.C. A DELAWARE LIMITED PARTNERSHIP DBA MAY GARDEN,<br><br>                              Defendants. | Case No.: 3:15-cv-03793-WHA<br><br>**JOINT STIPULATION TO DISMISS THIRD SEPARATE AND ADDITIONAL DEFENSE; [PROPOSED] ORDER THEREON**<br><br>Action Filed:  August 19, 2015<br>Trial Date:     December 5, 2016 |

Plaintiff Irma Ramirez and Defendant Fulton Market Place S.C., LP by and through their respective attorneys of record, stipulate as follows:

## RECITALS

WHEREAS, Defendant has asserted a Third Separate and Additional Defense in which it "asserts and alleges that any modification to the Property would not be a reasonable modification to the Property to accommodate Plaintiff's alleged disability and is not readily achievable."

Gordee,
Nowicki &
Blakeney
LLP

WHEREAS, Defendant no longer seeks to assert and allege its third Separate and Additional Defense.

WHEREAS, the parties hereby stipulate and agree that the Third Separate and Additional Defense alleged and asserted by Defendant Fulton Market Place S.C., LP shall be and hereby is dismissed.

**IT IS SO STIPULATED.**

Dated: March 4, 2016                    GORDEE, NOWICKI & BLAKENEY LLP

By: _____
                    Alan J. Gordee
Attorneys for Defendant FULTON MARKET
PLACE S.C., LP

Dated: March 4, 2016                    THOMAS E. FRANKOVICH, A
                                        PROFESSIONAL LAW CORPORATION

By: _____/s/ Thomas E. Frankovich_____
                    Thomas E. Frankovich
Attorneys for Plaintiff IRMA RAMIREZ

## ~~PROPOSED~~ ORDER

**IT IS SO ORDERED.** The Third Separate and Additional Defense alleged and asserted by Defendant Fulton Market Place S.C., LP is hereby dismissed.

Dated: ___March 8, 2016._____     _____
                                        Honorable William Alsup
                                        United States District Judge

Gordee,
Nowicki &
Blakeney
LLP

JOINT STIPULATION TO DISMISS