IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ,

    Plaintiff,

v.

FULTON MARKET PLACE S.C., L.P.,

    Defendant.

                                        /

No. C 15-03793 WHA

**ORDER TO SHOW CAUSE**

On August 30, 2016, the Court granted defendant an extension until September 8, 2016, to respond to plaintiff's motion for summary judgment as to the state claims. That deadline has come and gone and no response has been filed. Defendant is hereby ordered to **SHOW CAUSE**, in writing, **BY OCTOBER 6, 2016, AT NOON**, why plaintiff's motion for summary judgment should not be granted.

**IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE