ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile: (949) 567-9928
Email: agordee@gna-law.com

Attorneys for Defendant
FULTON MARKET PLACE S.C., LP
(Erroneously sued as FULTON MARKET PLACE S.C. DBA MAY GARDEN)

THOMAS E. FRANKOVICH, SBN 074414
THOMAS E. FRANKOVICH,
A Professional Law Corporation
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone:   (202) 550-7350
Facsimile:   (415) 674-9900
Email:   tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>FULTON MARKET PLACE S.C. A DELAWARE LIMITED PARTNERSHIP DBA MAY GARDEN,<br><br>            Defendants. | Case No.: 3:15-cv-03793-WHA<br><br>**JOINT STIPULATION FOR DISMISSAL;** [PROPOSED] **ORDER THEREON**<br><br>Action Filed:  August 19, 2015<br>Trial Date:    December 5, 2016 |

**TO THE COURT AND TO ALL PARTIES:**

Plaintiff Irma Ramirez and Defendant Fulton Market Place S.C., LP by and through their respective attorneys of record, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO STIPULATED.**

Dated:  November 15, 2016              GORDEE, NOWICKI & BLAKENEY LLP

                                       By: _____
                                              Alan J. Gordee
                                       Attorneys for Defendant FULTON MARKET
                                       PLACE S.C., LP


Dated:  November 15, 2016              THOMAS E. FRANKOVICH, A
                                       PROFESSIONAL LAW CORPORATION


                                       By:      /s/ Thomas E. Frankovich
                                              Thomas E. Frankovich
                                       Attorneys for Plaintiff IRMA RAMIREZ


### ~~PROPOSED~~ ORDER

**IT IS SO ORDERED** that, pursuant to the foregoing stipulation, this action, USDC Case No: 3:15-cv-03793-WHA, is dismissed with prejudice in its entirety.

Dated:  November 15, 2016.             _____
                                       Honorable William Alsup
                                       United States District Judge